# Third District Court of Appeal
## State of Florida

Opinion filed May 27, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1531
Lower Tribunal No. 23-157704-SP-23
_____

**Joanne Smith,**
Appellant,

vs.

**JPMorgan Chase Bank, N.A.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Maria D. Ortiz, Judge.

Joanne Smith, in proper person.

RAS LaVrar, LLC, and Drew Linen (Plantation), for appellee.

Before FERNANDEZ, LINDSEY, and GOODEN, JJ.

PER CURIAM.

Affirmed.